IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CAREY ANDREW MARKWELL,                                CV. 08-1346-ST

        Plaintiff,           ORDER TO DISMISS

   v.

WARDEN J.E. THOMAS,

        Defendant.

BROWN, District Judge.

    Plaintiff asks this court to set aside its collection order entered on January 22, 2009 and dismiss this case. Plaintiff's Motion to Voluntarily Dismiss (docket #9) is GRANTED. The Clerk is DIRECTED to refund the $22.88 collected from plaintiff's inmate trust account on March 6, 2009.

    NO FURTHER PAYMENTS ARE TO BE COLLECTED FROM PLAINTIFF'S PRISON TRUST ACCOUNT TOWARD THE SATISFACTION OF THE FILING FEE IN THIS CASE. The Clerk is DIRECTED to send a copy of this Order to the prison trust account coordinator at:

///

1 - ORDER TO DISMISS

```
                    FCI-SHERIDAN
                    P.O. BOX 5000
              SHERIDAN, OREGON 97378
```

IT IS SO ORDERED.

DATED this __16th__ day of March, 2009.

                                              /s/ Anna J. Brown
                                                Anna J. Brown
                                              United States District Judge